FILED
2019 MAR -1 PM 2:53
CLERK U.S. DISTRICT
NORTHERN DISTRICT OF OHIO
CLEVELAND

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

W.D. Henton
_____
(Enter above the full name of the plaintiff in this action)

vs.

(ODRC) Ohio Department of Rehabilitation and Correction
770 W. Broad St.
C/O Chief Counsel
Columbus, Ohio 43222
_____
(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO. 1:19 CV 462

JUDGE JUDGE POLSTER

**COMPLAINT**

MAG. JUDGE GREENBERG

I. Previous Lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐ NO ☒

  B. If your answer to A is yes, describe the lawsuit in the space below, (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

  1. Parties to this previous lawsuit

    Plaintiffs_____
    _____

    Defendants_____
    _____

  2. Court (if federal court, name the district; if state court, name the county)
    _____

  3. Docket Number _____

  4. Name of judge to whom case was assigned _____

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit_____

7. Approximate date of disposition_____

II. Place of Present Confinement **(ODRC) Belmont Correction Institution**

A. Is there a prisoner grievance procedure in this institution? YES ☒ NO ☐

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
YES ☒ NO ☐

C. If your answer is YES,

1. What steps did you take? **Kite to the Inmate Health Services concerning illness, hurt, injury, and pain. During the procedure alterted the IHS Physicians forms were in my after sentencing file transferred to ODRC.**

2. What was the result? **Denial of the orders for Physicians care.**

_____

D. If your answer is NO, explain why not_____

_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
YES ☐ NO ☐

F. If your answer is YES,

1. What steps did you take?_____

_____

2. What was the result?_____

_____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff W.D. Henton

Address P.O. Box 540, St. Clairsville, Ohio 43950

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant (ODRC) Ohio Department of Rehabilitation and Correction. is employed as C/O Chief Counsel at

C. Additional Defendants N/A

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

Ohio Department of Rehabilitation and Corrections denial of treatment by Physicians orders for medication, theraphy, and counseling for injuries sustained prior sentence and incarceration under the care of the Ohio Department of Rehabilitation and Correction. Hurt, injury, harm, and pain were and are continued without use of the orders to correct and abate the hurt, injury, harm, and pain. The claim is documented medical need was ignored by the personell of BeCI Medical IHS. (1) Mandated treatment by a physician (2) obviously noted by a lay person (3) Causes pain (4) affects Plaintiff daily life, and (5) may have caused hadicap or permanent loss in mobility of limbs.

(Statement of Claim Continued)

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

Plaintiff request the court to issue order of:Medication,treatment, and theraphy counseling for physical injury,hurt,harm,and pain with a one point eight million dollars compensation settlement as the Ohio Department of Rehabilitation has a self care program and Plaintiff may hire Plaintiff Doctors and Nurses to take care of Plaintiff during the Plaintiff incarceration and after incarceration. Plaintiff will use interest from the settlement to maintain constant medication and care needed to sustain a daily life as normacy of daily life is lost by prolonging treatment of physical injuries,hurt,harm, and pain.

Signed this ____11____ day of ____February____, 19__2019__.

I declare under penalty of perjury that the foregoing is true and correct.

__2/11/19__　　　　　　　　　　__W. D. Henton__
　(Date)　　　　　　　　　　　(Signature of Plaintiff)

Sworn & Subscribed with presence of Notary this 11th day of February, 2019

MICHELLE LYNN THEIL
Notary Public, State of Ohio
My Commission Expires
April 29, 2022

United States District Court

Northern District of Ohio

Ashtabula County, Ohio

Eastern Division

W.D. Henton Plaintiff,

vs.

Ohio Depatment of Rehabilitation and Correction 770 W. Broad St. Columbus, Ohio 43222 Attn. Chief Counsel.

Defendant.

Case No.:

Judge:

Magistrate Judge:

Affidavit of Prior actions

I, W.D. Henton, being duly sworn, depose and say that I am the Plaintiff in the above-entitled case. I swear or state of truth the prior actions are proper in the accords of the procedure for Civil Procedures of the Federal exhaustion of remedy process and procedure.

Ashtabula County Sheriff's Department Physicians Orders/Progress Notes 8/15/13. Court Judgment Entry Case No.:1:17-cv-01465 s/Jeffrey J. Helmick United States District Judge,"Henton challeges the medical care he is receiving in prison, and complains he was denied transfer to institute which can provide the neccessary care. These claims concern conditions of confinement, not Henton's. Consequently, he cannot bring them in habeas corpus petition." 09/25/18.

Subscribed and Sworn to before me this _____day of_____,2019.
U.S. District Court Judge Jeffrey J. Helmick Judgment discussion 1:17-cv-01465

Let the applicant affidavit be accepted as truth with attachments of Medical Care.

_____
District Judge

United States District Court

Northern District of Ohio

Ashtabula County, Ohio

Eastern Division

W.D. Henton

    Plaintiff,

vs.

Ohio Department of Rehabilitation
and Correction 770 W. Broad St.
Counsel, Columbus, Ohio 43222

Defendant.

Case No.:

Judge:

Magistrate Judge:

## Claims Subject to grievance system

I, W.D. Henton, being duly sworn, depose and say that I am the Plaintiff in the above-entitled case. I swear or state of truth the prior actions are proper in the accords of the procedure for Civil Procedures of Federal exhaustion of remedy process and procedure.

The records of the complaint of the Nurse Sick Call are not available to the Plaintiff but maybe transferred to the Court under provisions to state by the grievance procedure of denial of treatment to Plaintiff with Physicians Orders demanding treatment after sentencing and the accident that cause the injury to the Plaintiff. 07-ORD-11(D)(4)(f).

Subscribed and Sworn to before me this_____day of_____,2019.

Let the applicant affidanit be accepted as truth with attachment of Medical Care.

------------------------------

                District Judge

Henton challenges the medical care he is receiving in prison, and complains he was denied transfer to an institution which can provide the necessary care. These claims concern conditions of confinement, not Henton's conviction or sentence. Consequently, he cannot bring them in a habeas petition.

## CONCLUSION

For the foregoing reasons, Henton's Motion to Proceed *In Forma Pauperis* (Doc. No. 2) is granted, the Petition for a Writ of Habeas Corpus is denied and this action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Further, I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed.R.App.P. 22(b).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

## Ashtabula County Sheriff's Department
25 West Jefferson Street
Jefferson, OH 44047
440-576-0055

## PHYSICIANS ORDERS/PROGRESS NOTES

Name: Henton, W.D.    DOB: 4-21-58

8/15/13 BP ✓ 126/78
WGT 165

NKDA

9/3/13
1/82 c/o boil on hip x 3d
O 1ف buttox - 3cm area of induraty area of hit, s/ scurby skin sorf-ee
No erythen

A. Abcess
P. Bactiam DS TBID x 2d T now

126/70 BP

12/5/13 BP 150/82    WGT 177 1/2

12/10/13 S- 55 y/o B♂
To ® elbow pain x 1 week
® wak up in am  ® elbow swoll ® hurt
PsHx: ⊖ ® elbow  ⊖ cruise  ⊖ pain
® PMHx: Auertor x 8 yr  ⊖ pain chng ⊕ FLU
Tx: ice push ⊘ help  Taken Nipsen 520 ↓10 BP
O- Well Nourshd              L-D 0715
95.7   walks c limp
89 HR  ® ® elbow warmth ® min edem
97%    ® full ROM elbow, wrist, shoulder
       ® DTR = gm T IB 12R/1/A
       Muscle strth = gm Stable, elbow, form

# Ashtabula County Sheriff's Department
25 West Jefferson Street
Jefferson, OH 44047
440-576-0055

## PHYSICIANS ORDERS/PROGRESS NOTES

Name: Henton, W.D     DOB: 4-21-58

4/13 Offering Tylenol for c/o back pain, 8x for Doc sign-on

6-11-13 Gotta shot everytime for my sciatic nerve.
158/84 Also pain up/down Rt leg.
76    Getting spasms in back.
      Takes a shot of methadone, no meds prior to coming to jail.
O. Alert, limping, favoring Rt leg. (per nursing earlier bending
  HRRR YCrA                          p. picking up garbage)
  Pt indicates Rt leg.
  Nontender back, buttock.
  Reflexes/gross strength intact
     +SLR at approx 140° Rt
A. Sciatica
P. Motrin 400 mg TID x 10d
         NR

7-22 My sciatic nerve is hurting, Tsl. pred + hurting more
160/90  Requesting a shot.
72      pain in random places + shots.
        Pt will not say where pain is - it just shoots.
O. Alert walks favoring Rt leg.
  nontender back.       HRRR YCrV
  SLR "it hurts"
A. Sciatica
  +BP
P. Medz 50mg ID
   Nuprysyn 375 mg BID x 30d

W.D. Henton #A651-180
P.O. Box 540
St. Clarisville, Ohio 43950



Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830